**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20080-ALTMAN**

**UNITED STATES OF AMERICA**,

*v.*

**JORMAN JOSE GOITA**,

*Defendant.*

______________________________________/

**ORDER**

Our Defendant, Jorman Jose Goitia, has filed an Unopposed Renewed Motion for Relief (the "Motion") [ECF No. 184] pursuant to U.S.S.G. § 4C1.1. After careful review, we **GRANT** the Motion.

In September 2022, Goitia pled guilty to "conspiracy with intent to distribute . . . five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States[.]" Response to Motion (the "Response") [ECF No. 187] at 1. At that time, he faced a sentencing range of "108 to 135 months' imprisonment" and ultimately received a downward variance of 96 months' imprisonment. *Id.* at 2. Seeking relief under the zero-point offender amendment, Goitia now asks that we reduce his sentence to 87 months. *See* Motion at 1 (asking for a reduction of his "advisory guidelines calculation by two levels" on the basis that "he satisfied all criteria the Sentencing Commission required for a defendant to qualify for this retroactive reduction"). The Government represents that "Goitia meets all the criteria and is therefore eligible for relief under the 'zero-point offender' amendment." Response at 5; *see also ibid.* ("His offense level should be reduced from 31 to 29, resulting in a new guideline range of 87 to 108 months.").

Accordingly, we **ORDER and ADJUDGE** that the Motion is **GRANTED**. The Defendant's sentence is reduced to a term of 87 months' imprisonment. All other terms of the Judgment [ECF No. 91] remain unchanged.

**DONE AND ORDERED** in the Southern District of Florida on September 18, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record